**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br><br>v.<br><br>DEFENDANT(S). | |
| | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case.  In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐    Administrative Record

☐    Exhibits

☐    Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐    Other _____

Reason:

☐    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required (*reason*): _____

_____
Date

_____
Attorney Name

_____
Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with <u>each</u> document, exhibit, etc. at time the document is manually filed.